UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05CR 10162 NG**

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| --- | --- | --- |
| v. | ) | VIOLATIONS: |
| PAMELA REID | ) | 18 U.S.C. §201(b)(2) – Public |
|  | ) | Official Accepting Bribe |

**INFORMATION**

The United States Attorney charges that:

Count One:    (18 U.S.C. §201(b)(2) – Public Official Accepting Bribe)

On or about May 23, 2004, in the District of Massachusetts, the defendant,

PAMELA REID,

a public official, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value, that is $500 in U.S. currency, from a resident at Coolidge House, in return for and with the intent of being influenced in the performance of an official act, that is, signing a letter on the Coolidge House resident's behalf for submission to the United States District Court in the District of Massachusetts concerning a matter then pending before the court,

in violation of Title 18, United States Code, Section 201(b)(2).

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                    By:    *[signature]*
                           EMILY R. SCHULMAN
                           Assistant U.S. Attorney

Date: June 23, 2005

JS 45 (5/97) - (Revised USAO MA 6/29/00)

05CR 10162 NG

**Criminal Case Cover Sheet**                                                                 **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston          **Category No.** III          **Investigating Agency** DEPT. OF LABOR

**City** Boston                       **Related Case Information:**

**County** Suffolk                    Superseding Ind./ Inf. _____   Case No. _____
                                      Same Defendant _____   New Defendant _____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number _____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Pamela Reid                              Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   31 North Street 4B, Randolph, MA 02368

Birth date (Year only): 1966   SSN (last 4 #): 0934   Sex F   Race: Black   Nationality: U.S.A.

Defense Counsel if known:   Albert Cullen            Address: 30 Massachusetts Avenue
                                                              North Andover, MA 01845
Bar Number: _____

**U.S. Attorney Information:**

AUSA   Emily R. Schulman            Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☐ No

☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/23/05          Signature of AUSA: Emily Schulman

05cr10162NG

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Pamela Reid

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC § 201 | Bribery | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**