UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 05-10162-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| PAMELA REID | ) | |

## WAIVER OF INDICTMENT

Defendant Pamela Reid, who is accused of accepting a bribe as a public official, in violation of 18 U.S.C. §201(b)(2), being advised of the nature of the charge and of her rights, hereby agrees to waive in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

_Pamela Reid_
PAMELA REID

_Albert Cullen_
ALBERT CULLEN, JR., ESQ.
Counsel for Defendant Pamela Reid

accepted. /s/ NMGorton, USDJ

DATE: 8·10·5