# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

United States of America

v.                                                                  **APPEARANCE**

Pamela Reid

Case Number:   05-10162-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     United States of America.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| November 17, 2005 | /s/ Sabita Singh |
| Date | Signature |
| | Sabita Singh        560146 |
| | Print Name     Bar Number |
| | 1 Courthouse Way, Suite 9200 |
| | Address |
| | Boston        MA    02210 |
| | City      State     Zip Code |
| | (617) 748-3686     (617) 748-3954 |
| | Phone Number     Fax Number |